IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: MICHAEL G. MINOR, | : | |
| THE CITY OF PHILADELPHIA et al., | : | CIVIL ACTION NO. 15-3562 |
| Appellants, | : | |
| v. | : | BANKRUPTCY NO. 13-19278 |
| MICHAEL G. MINOR, | : | |
| Appellee. | : | |

### ORDER

**AND NOW,** this 30th day of March 2016, upon consideration of the briefs and the record on appeal, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that that the Order of the Bankruptcy Court dated June 9, 2015 is **AFFIRMED**.

The Clerk is directed to **CLOSE** the case.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**